TIMOTHY L. NEUFELD, State Bar No. 66980
  tneufeld@neufeldmarks.com
PAUL S. MARKS, State Bar No. 138407
  pmarks@neufeldmarks.com
ERIN E. BRADY, State Bar No. 254164
  ebrady@neufeldmarks.com
**NEUFELD MARKS**
**A Professional Corporation**
315 West Ninth Street, Suite 501
Los Angeles, California 90015
Telephone:  (213) 625-2625
Facsimile:   (213) 625-2650

Attorneys for plaintiffs Elements Spirits, Inc., Fabrica De Tequilas Finos S.A. De C.V., Worldwide Beverage Imports, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEMENTS SPIRITS, INC., a California Corporation, FABRICA DE TEQUILAS FINOS S.A. DE C.V., a Mexican Corporation and WORLDWIDE BEVERAGE IMPORTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ICONIC BRANDS, INC., a California corporation, KIM BRANDI, an individual, and DOES 1-10.<br><br>Defendants. | Case No. 2-15-cv-02692 DDP (AGRx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>*[Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction; Declarations of Timothy Owens, Richard Cabo, Federico Cabo and Erin E. Brady in support thereof; Notice of Lodging of Non-Paper Exhibit; and [Proposed] Order filed concurrently herewith]*<br><br>Date:   June 1, 2015<br>Time:   10:00 a.m.<br>Ctrm:   3 |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 1, 2015, at 10:00 a.m. or as soon thereafter as the parties may be heard in Courtroom 3 of the above-entitled court, located at 312 North Spring Street, Los Angeles, California 90012, plaintiffs Elements Spirits, Inc., Fabrica De Tequilas Finos S.A. De C.V., and Worldwide Beverage Imports, LLC, pursuant to Rule 65, Federal Rules of Civil Procedure, will and do hereby move for entry of a preliminary injunction against defendants Iconic Brands, Inc. and Grace Kim Brandi ("Defendants") and as grounds therefore state as follows:

1.  Elements Spirts, Inc. ("Elements") is the owner of the inherently distinctive product packaging consisting of a calavera shaped bottle with Day of the Dead designs used to market and sell the KAH brand of tequila.

2.  Elements granted Fabrica De Tequilas Finos S.A. De C.V. ("FINOS") a partial assignment of its trademarks "in connection with the, sale and distribution of its products, current and future," and in particular, in relation to the KAH product line. Further, FINOS was granted the "right to assign, license, or sublicense any or all of the product to qualified import and export companies."

3.  FINOS granted Worldwide Beverage Imports, LLC ("WBI") an assignable right to "utilize, sell, or resell" the KAH product in the United States.

4.  Defendants are producing, manufacturing, and offering for sale tequila in a confusingly similar calavera shaped bottle with Day of the Dead designs. Defendants' tequila products, sold under the name of Sangre De Vida tequila, are not authorized by Plaintiffs, nor are Defendants connected or affiliated with, or authorized by Plaintiffs in any way. Defendants' tequila products marketed and sold in Defendants' calavera shaped bottle with Day of the Dead designs are likely to cause confusion and to deceive consumers and the public regarding its source.

///

///

5. Plaintiffs have suffered irreparable harm from Defendants' infringing conduct, and will continue to suffer further irreparable harm unless Defendants' unlawful actions are preliminarily enjoined as here requested.

6. Any harm that Defendants may suffer if preliminary injunctive relief is granted will be greatly outweighed by the harm to Plaintiffs in the absence of such relief, in that, among other things Plaintiffs are informed and believe that Defendants have not commenced actual broad based use in commerce of their tequila products in Defendants' calavera shaped bottle with Day of the Dead designs.

7. The public interest strongly favors injunctive relief to eliminate the consumer confusion that is the likely result of Defendants' actions.

8- Further, Defendant Grace Kim Brandi has been interfering with the sale of KAH by sending cease and desist letters to distributors of KAH asserting that KAH is violating copyrights she purports to own. Ms. Brandi's actions are improper and she should be preliminary enjoined from sending any further cease and desist letters, or making any statement to any parties or individuals asserting that she owns the KAH copyrights or any other statement that interferes with the sale of KAH tequila brand products, while this action is pending.

For these reasons, the Court should preliminarily enjoin Defendants from any further use of the calavera shaped bottle with Day of the Dead designs during the pendency of this Action, as more particularly set forth in the [Proposed] Order for Preliminary Injunction lodged concurrently herewith.

This Motion is based upon this Notice thereof, upon the accompanying Memorandum of Points and Authorities and Declarations of Timothy Owens, Richard Cabo, Federico Cabo, and Erin E. Brady in support thereof, and upon such further evidence and argument as the Court may permit to be adduced.

///

///

DATED: May 4, 2015

NEUFELD MARKS
  A Professional Corporation
Timothy L. Neufeld
Paul S. Marks
Erin E. Brady


By: /s/ Erin E. Brady
    Erin E. Brady
    Attorneys for plaintiffs

NEUFELD MARKS
A PROFESSIONAL CORPORATION
315 W. 9th Street • Suite 501 • Los Angeles, California 90015
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

207816.1

4

NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION