**MILLER JOHNSON LAW**
Jon B. Miller, Esq. (SBN 099070)
jonbmiller@sbcglobal.net
Scott A. Johnson, Esq. (SBN 099024)
scottajohnson55@msn.com
427 C Street, Suite 410
San Diego, CA 92101
T: (619) 232-0086 / F: (619) 232-0089

Attorneys for Defendants/Counterclaimants
ICONIC BRANDS, INC., and GRACE KIM BRANDI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEMENTS SPIRITS, INC., a California Corporation, FABRICA DE TEQUILAS FINOS S.A. DE C.V., a Mexican Corporation and WORLDWIDE BEVERAGE IMPORTS, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ICONIC BRANDS, INC., a California corporation, GRACE KIM BRANDI, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 2:15-cv-02692-DDP-AGR<br><br>**DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY OWENS**<br><br>Hearing Date: June 1, 2015<br>Time: 10:00 a.m.<br>Courtroom: 3<br><br>Judge: Hon. Dean D. Pregerson<br><br>Complaint Filed: April 10, 2015. |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | ICONIC BRANDS, INC., a California corporation, and GRACE KIM BRANDI, an individual,<br><br>     Counterclaimants,<br>v.<br><br>ELEMENTS SPIRITS, INC., a California corporation, FABRICA DE TEQUILAS FINOS S.A. DE C.V., a Mexican corporation, LUZ MARIA CABO ALVAREZ, an individual, WORLDWIDE BEVERAGE IMPORTS, LLC, a Nevada limited liability company, DELIA RODRIGUEZ CABO, an individual, AVENIU BRANDS, INC., a Maryland corporation, WINE WAREHOUSE, an unknown business entity, and ROES 1-20, inclusive,<br><br>     Counterdefendants. |

17

18    Defendants/counterclaimants ICONIC BRANDS, INC., and GRACE KIM

19    BRANDI object to the Declaration of Timothy Owens as follows:

20

21    Defendants object to paragraphs 3, 4 and 5, on the grounds that the affiant

22    lacks personal knowledge of the facts stated therein, and the statements of fact

23    therein lack foundation.

24

25    Mr. Owens, by his sworn statement at paragraph 6, concedes he did not know

26    of Elements Spirits' existence until May 2010. And yet, he purports to authenticate

27    writings that pre-date his knowledge of existence of the company; states facts in

28

-1-     Case No. 2-15-cv-02692-DDP-AGR

Miller Johnson Law    **DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY OWENS**

paragraphs 3, 4, and 5, purporting to explain the actions of defendant BRANDI as President of Elements Spirits; and purports to explain the context of documents he claims are part of the Elements Spirits' "business records."

DATED: May 11, 2015.          **MILLER JOHNSON LAW**

By: ___*Jon B. Miller*___
Jon B. Miller, Esq.
Scott A. Johnson, Esq.
Attorneys for Counterclaimants ICONIC BRANDS, INC., and GRACE KIM BRANDI