TIMOTHY L. NEUFELD, State Bar No. 66980
tneufeld@neufeldmarks.com
PAUL S. MARKS, State Bar No. 138407
pmarks@neufeldmarks.com
ERIN E. BRADY, State Bar No. 254164
ebrady@neufeldmarks.com
**NEUFELD MARKS**
**A Professional Corporation**
315 W. 9th Street, Suite 501
Los Angeles, California 90015
Telephone: (213) 625-2625
Facsimile: (213) 625-2650

Attorneys for plaintiffs and counter-defendants Elements Spirits, Inc., Fabrica de Tequilas Finos S.A. de C.V., and Worldwide Beverage Imports, LLC

NEUFELD MARKS
A PROFESSIONAL CORPORATION
315 W. 9th Street • Suite 501 • Los Angeles, California 90015
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

ELEMENTS SPIRITS, INC., a California Corporation, FABRICA DE TEQUILAS FINOS S.A. DE C.V., a Mexican Corporation and WORLDWIDE BEVERAGE IMPORTS, LLC, a Nevada limited liability company,

Plaintiffs,

vs.

ICONIC BRANDS, INC., a California corporation, GRACE KIM BRANDI, an individual, and DOES 1-10,

Defendants.

AND RELATED COUNTERCLAIM

Case No. 2:15-cv-02692

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS AND COUNTER-DEFENDANTS ELEMENTS SPIRITS, INC., FABRICA DE TEQUILAS FINOS S.A. DE C.V., and WORLDWIDE BEVERAGE IMPORTS, LLC**

Date: August 29, 2016
Time: 10:00 a.m.
Crtrm.: 3

*Judge: Hon. Dean D. Pregerson*

Trial Date: November 1, 2016
Pre-trial Conf.: October 24, 2016

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT on August 29, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 3 of the United States District Court for the Central District of California, Neufeld Marks ("NM") will, and hereby does, move

NEUFELD MARKS
A PROFESSIONAL CORPORATION
315 W. 9th Street • Suite 501 • Los Angeles, California 90015
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

this Court for an order permitting NM to withdraw as counsel of record for Plaintiffs and counter-defendants Elements Spirits, Inc. ("Elements"), Fabrica de Tequilas Finos S.A. de C.V. ("FINOS") and Worldwide Beverage Imports, LLC ("WBI"), in the above-entitled action. (Elements, FINOS and WBI are referred to collectively in this motion as the "KAH Entities".) This motion is made pursuant to Local Rules 7-7-3 and 83-2.9.2.1, and California Rule of Professional Conduct 3-700(c)(1)(d) and (f) and is based on the grounds that:

1. The KAH Entities have breached an agreement with NM;

2. The KAH Entities have made it unreasonably difficult for NM to carry out its employment effectively; and

3. NM's withdrawal as counsel of record will cause no substantial prejudice to the KAH Entities or any party to the litigation.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Timothy L. Neufeld served and filed herewith, and any additional evidence and argument that may be presented at the hearing on this Motion.

DATED: July 26, 2016

NEUFELD MARKS
A Professional Corporation
Timothy L. Neufeld
Paul S. Marks
Erin E. Brady

By: /s/ Timonthy L. Neufeld
Timothy L. Neufeld
Attorneys for plaintiffs and counter-defendants Elements Spirits, Inc,, Fabrica de Tequilas Finos S.A. de C.V., and Worldwide Beverage Imports, LLC

NEUFELD MARKS
A PROFESSIONAL CORPORATION
315 W. 9th Street • Suite 501 • Los Angeles, California 90015
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Introduction

NM seeks to be relieved as counsel of record for Elements, FINOS and WBI because the KAH Entities have breached their agreement with NM and have made it unreasonably difficult for NM to carry out its employment. NM requests that the court grant its motion to withdraw pursuant to local rule 83-2.9.2.1.

## II. Relevant Factual Background

The complaint in the instant action was filed by the KAH Entities on April 10, 2016, and involves allegations of trade dress infringement, breach of contract, unfair competition, and related claims, against both Defendant Iconic Brands, Inc. and Grace Kim Brandi. ( Declaration of Timothy Neufeld ("Neufeld Decl.") ¶ 2.) Iconic and Brandi filed Answers and have filed a Counterclaim against the KAH Entities, and other parties who were never served.[1] The only other party to the action is Aveniu Brands, who was named as a counter-defendant. Aveniu Brands is represented by counsel other than NM.

This matter is set for trial on November 1, 2016 with a pre-trial conference set for October 24, 2016. The discovery deadline has passed in this action, and there are currently no pending motions. (The dispositive motion cut-off is August 1, 2016.)

## III. Legal Argument

Central District of California Civil Local Rule 83-2.9.2.1 provides for permissive withdrawal of counsel upon order of the Court, after reasonable notice is provided to the client and all other parties to the case. California Rules of Professional Conduct, which set forth circumstances under which permissive withdrawal is appropriate, states that counsel may seek permission to withdraw from

[1] Iconic and Brandi additionally named Delia Rodriguez Cabo and Luz Maria Cabo as counter-defendants. Neither of these individuals were properly served with the Counterclaim and neither has appeared in this action.

a case in which the client "renders it unreasonably difficult for the member to carry out the employment effectively" and/or "breaches an agreement or obligation to the member as to expenses or fees." Rule of Professional Conduct 3-700(C)(1)(d), (f); see also *Schueneman v. 1st Credit of Am., LLC*, No. C 05-4505, 2007 WL 1969708 (N.D. Cal. July 6, 2007) (granting counsel's motion to withdraw because party breached agreement to pay legal fees). NM has advised the KAH Entities that NM would be seeking to withdraw from representation of the KAH Entities and that NM will cooperate with any replacement counsel in order to effect an expeditious transition of the representation. (Neufeld Decl. ¶ 5.)

Although NM cannot, in accordance with its professional and ethical duties, set forth the precise reasons that have brought about this motion, both of these conditions for permissive withdrawal are present. (See Neufeld ¶ 6.) At the hearing on this motion counsel for NM of course will respond to any questions which this Court may pose, consistent with its professional and ethical duties, and will be prepared to discuss matters in chambers if so requested. (See Neufeld ¶ 6.)

## IV. CONCLUSION

Because this case is not set for trial until November, the parties will not be prejudiced by the firm's withdrawal, and there are no pending motions in this action. NM has provided Elements, FINOS and WBI, along with all parties to this action, with reasonable notice of this Motion. (Neufeld Decl. ¶5.) Based on the foregoing, NM respectfully requests that this Court issue an order approving its withdrawal as counsel of record for Elements, FINOS and WBI in this action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NEUFELD MARKS
A PROFESSIONAL CORPORATION
315 W. 9th Street • Suite 501 • Los Angeles, California 90015
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

DATED: July 26, 2016

NEUFELD MARKS
A Professional Corporation

By: /s/ Timothy L. Neufeld
Timothy L. Neufeld
Attorneys for plaintiffs and counter-defendants Elements Spirits, Inc., Fabrica de Tequilas Finos S.A. de C.V., and Worldwide Beverage Imports, LLC

NEUFELD MARKS
A PROFESSIONAL CORPORATION
315 W. 9th Street • Suite 501 • Los Angeles, California 90015
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650