NEUFELD MARKS
A PROFESSIONAL CORPORATION
315 W. 9th Street • Suite 501 • Los Angeles, California 90015
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

# DECLARATION OF TIMOTHY L. NEUFELD

I, Timothy L. Neufeld, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Neufeld Marks, attorneys of record for plaintiffs and counter-defendants Elements Spirits, Inc., Fabrica de Tequilas Finos S.A. de C.V., and Worldwide Beverage Imports, LLC. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. The complaint in the instant action was filed by Elements Spirits, Inc., Fabrica de Tequilas Finos S.A. de C.V., and Worldwide Beverage Imports, LLC (collectively "the KAH Entities" in April 2015, and involves allegations of trade dress infringement, breach of contract unfair competition, and related claims, against both Defendants Iconic Brands, Inc. and Grace Kim Brandi. A counterclaim was filed by Defendants against the Plaintiffs. The only other party who has appeared in the action is counter-defendant Aveniu Brands, Inc. ("Aveniu"). Aveniu is represented by the law firm Carl Mackie Power & Ross, and pursuant to a telephone call with their counsel of record, Aveniu has advised that they do not object to this motion.

3. My office has advised the KAH Entities that NM would be seeking to withdraw from representation of the KAH Entities, and that NM will cooperate with any replacement counsel in order to effect an expeditious transition of the representation. Specifically, I sent an email to an officer of Elements, FINOS and WBI on June 30, 2016 and received a telephone call shortly thereafter. After a short discussion with the officer, my firm held off on requesting leave to withdraw based on certain representations made by the clients. The agreement reached between the client and my firm was breached on July 5, 2016, and, I again sent an email notification to the client that we would be filing a motion to withdraw as counsel of record. The client then requested to have a meeting at my offices, which occurred

NEUFELD MARKS
A PROFESSIONAL CORPORATION
315 W. 9th Street • Suite 501 • Los Angeles, California 90015
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

on July 11, 2016. Between July 11 and July 15, 2016, my firm tried to resolve the issues with the clients, but we have now reached an impasse. Therefore, on Monday, July 18, 2016, I sent a final email notifying the client that we would be filing a motion to withdraw. In that email, I asked the clients if they had another attorney they would to substitute in as counsel of record, to please provide my firm with the contact information. In addition, we advised the clients, which are corporate entities, that they are not allowed to represent themselves, as required under Local Rule 83-2.9.2.3.

4. Although NM cannot, in accordance with its professional and ethical duties, set forth the precise reasons that have brought about this motion, both of these conditions for permissive withdrawal are present. At the hearing on this motion, counsel for NM of course will respond to any questions which this Court may pose, consistent with its professional and ethical duties, and will be prepared to discuss matters in chambers if so requested. I will also bring the email notification provided to the KAH Entities, if the court would like to review it in chambers.

5. Pursuant to Local Rule 7-3, we conducted telephonic meet and confers with Counsel for Iconic Brands and Brandi on July 19, 2016. Counsel for Defendant Iconic Brands, Inc. and Brandi advised that he has no objections to this motion. Counsel for Aveniu advised via telephone on July 25, 2016, that there is no objection to this motion from Aveniu and agreed that we could file the motion on July 26, 2016, without any objection from Aveniu.

6. I have reviewed the pending dates in this action and there are no upcoming dates that will cause any delay in prosecution of this action by this firm's withdrawal as counsel of record.

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 26, 2016, at Los Angeles, California.

/s/ Timothy L. Neufeld
Timothy L. Neufeld

NEUFELD MARKS
A PROFESSIONAL CORPORATION
315 W. 9th Street • Suite 501 • Los Angeles, California 90015
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650