NEUFELD MARKS
A PROFESSIONAL CORPORATION
315 W. 9th Street • Suite 501 • Los Angeles, California 90015
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ELEMENTS SPIRITS, INC., a California Corporation, FABRICA DE TEQUILAS FINOS S.A. DE C.V., a Mexican Corporation and WORLDWIDE BEVERAGE IMPORTS, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ICONIC BRANDS, INC., a California corporation, GRACE KIM BRANDI, an individual, and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:15-cv-02692<br><br>**[PROPOSED] ORDER ON MOTION TO BE RELIEVED AS COUNSEL OF RECORD** |

NEUFELD MARKS
A PROFESSIONAL CORPORATION
315 W. 9th Street • Suite 501 • Los Angeles, California 90015
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

**[PROPOSED] ORDER**

The Motion to Be Relieved As Counsel for Elements Spirits, Inc., Fabrica de Tequilas Finos S.A. de C.V., and Worldwide Beverage Imports, LLC, filed by Neufeld Marks, came on for hearing before this Court on August 29, 2016 at 10:00 a.m. in Courtroom 3 of the above-entitled Court, the Honorable Dean D. Pregerson presiding. All appearances were stated on the record.

After consideration of the papers and arguments presented by counsel, and all other matters presented to the Court, the Court finds that there is good cause for an Neufeld Marks to be relieved as counsel of record for Elements Spirits, Inc., Fabrica de Tequilas Finos S.A. de C.V., and Worldwide Beverage Imports, LLC. Therefore, IT IS HEREBY ORDERED that the motion is GRANTED. Moving party to give notice.

DATED: Aug. ___, 2016

______________________________
Hon. Dean D. Pregerson