# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 315 W. 9th Street, Suite 501, Los Angeles, CA 90015.

On July 26, 2016, I served true copies of the following document(s) described as **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS AND COUNTER-DEFENDANTS ELEMENTS SPIRITS, INC., FABRICA DE TEQUILAS FINOS S.A. DE C.V., AND WORLDWIDE BEVERAGE IMPORTS, LLC** on the interested parties in this action as follows:

Jon B. Miller, Esq.
Miller Johnson Law
427 C Street, Suite 410
San Diego, California 92101
Telephone: (619) 232-0086
Facsimile: (619) 232-0089
Email: jonbmiller@sbcglobal.net

Attorneys for Defendants and Counter-claimants

Richard C. O'Hare, Esq.
CARLE, MACKIE, POWER & ROSS, LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
Email: rohare@cmprlaw.com

Attorneys for Counter-Defendant Aveniu Brands, Inc.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 26, 2016, at Los Angeles, California.

_____
Rachel Ortega

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
315 W. 9th Street • Suite 501 • Los Angeles, California 90015
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

PROOF OF SERVICE