# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-02692 DDP (AGRx) | Date | July 6, 2017 |
| Title | ELEMENTS SPIRITS, INC. et al -V- ICONIC BRANDS, INC. | | |

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Patricia Gomez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** pursuant to the Status Report filed March 28, 2017 (Dkt. No. 124) the Court sets a Status Conference July 31, 2017 at 10:00 a.m.

: N / A

Initials of Preparer   PG