# CRAVATH, SWAINE & MOORE LLP

| | | | |
|---|---|---|---|
| JOHN W. WHITE | PHILIP J. BOECKMAN | ERIC W. HILFERS | D. SCOTT BENNETT |
| EVAN R. CHESLER | WILLIAM V. FOGG | GEORGE F. SCHOEN | TING S. CHEN |
| PHILIP A. GELSTON | FAIZA J. SAEED | ERIK R. TAVZEL | CHRISTOPHER K. FARGO |
| RICHARD W. CLARY | RICHARD J. STARK | CRAIG F. ARCELLA | KENNETH C. HALCOM |
| JAMES D. COOPER | THOMAS E. DUNN | DAMIEN R. ZOUBEK | DAVID M. STUART |
| STEPHEN L. GORDON | MARK I. GREENE | LAUREN ANGELILLI | AARON M. GRUBER |
| DANIEL L. MOSLEY | DAVID R. MARRIOTT | TATIANA LAPUSHCHIK | O. KEITH HALLAM, III |
| ROBERT H. BARON | MICHAEL A. PASKIN | ERIC L. SCHIELE | OMID H. NASAB |
| DAVID MERCADO | ANDREW J. PITTS | ALYSSA K. CAPLES | DAMARIS HERNÁNDEZ |
| CHRISTINE A. VARNEY | MICHAEL T. REYNOLDS | JENNIFER S. CONWAY | JONATHAN J. KATZ |
| PETER T. BARBUR | ANTONY L. RYAN | MINH VAN NGO | MARGARET SEGALL D'AMICO |
| SANDRA C. GOLDSTEIN | GEORGE E. ZOBITZ | KEVIN J. ORSINI | RORY A. LERARIS |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | MATTHEW MORREALE | KARA L. MUNGOVAN |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | JOHN D. BURETTA | |
| RICHARD HALL | GARY A. BORNSTEIN | J. WESLEY EARNHARDT | |
| JULIE A. NORTH | TIMOTHY G. CAMERON | YONATAN EVEN | SPECIAL COUNSEL |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | BENJAMIN GRUENSTEIN | SAMUEL C. BUTLER |
| STEPHEN L. BURNS | LIZABETHANN R. EISEN | JOSEPH D. ZAVAGLIA | GEORGE J. GILLESPIE, III |
| KEITH R. HUMMEL | DAVID S. FINKELSTEIN | STEPHEN M. KESSING | |
| DAVID J. KAPPOS | DAVID GREENWALD | LAUREN A. MOSKOWITZ | |
| DANIEL SLIFKIN | RACHEL G. SKAISTIS | DAVID J. PERKINS | OF COUNSEL |
| ROBERT I. TOWNSEND, III | PAUL H. ZUMBRO | JOHNNY G. SKUMPIJA | MICHAEL L. SCHLER |
| WILLIAM J. WHELAN, III | JOEL F. HEROLD | J. LEONARD TETI, II | |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1772

WRITER'S EMAIL ADDRESS
khummel@cravath.com

August 3, 2017

*Elements Spirits, Inc. et al. v. Iconic Brands, Inc. et al.*,
Civil Action No. 2:15-cv-02692-DDP-AGR

Dear Judge Pregerson:

      We represent Plaintiffs Elements Spirits, Inc., Fabrica de Tequilas Finos S.A. de C.V., and Worldwide Beverage Imports, LLC in the above-captioned action. Per the instructions from your Courtroom Deputy, Patricia Gomez, enclosed please find a proposed order, which allows the court reporters from the November 2, 2016, and July 31, 2017, conferences before this Court to provide copies of the transcripts from those proceedings to Cravath Swaine & Moore, LLP.

      As you instructed at the July 31, 2017, conference, we have requested copies of the transcript of the November 2, 2016, and July 31, 2017 proceedings, both of which we attended and in which we participated. The docket entries relating to both of those conferences states, in relevant part, that the transcripts from the proceedings are sealed "except by court order". (ECF No. 122; *see also* ECF No. 129 ("absent court order").) Based upon that language, we understand that we need to obtain a court order before the court reporters attending those proceedings can provide copies of the transcripts to us.

      Accordingly, enclosed please find an order allowing the Court to unseal the transcripts to Cravath Swaine & Moore, LLP, as counsel of record for Plaintiffs in the above-captioned action.

Please let me know if you need any additional information relating to this request.

Respectfully,

Keith R. Hummel

Honorable Dean D. Pregerson
   United States District Court
      for the Central District of California
         United States Courthouse
         350 W. 1st Street
            Los Angeles, CA 90012

VIA HAND DELIVERY

Copies to:

Jon B. Miller, Esq.
   Miller Johnson Law
      427 C Street, Suite 410
         San Diego, CA 92101

Richard O'Hare, Esq.
   Carle Mackie Power and Ross LLP
      100 B Street, Suite 400
         Santa Rosa, CA 95401

VIA ELECTRONIC MAIL