# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEMENTS SPIRITS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ICONIC BRANDS, INC., *et al.*, <br><br> Defendants. <br><br> ICONIC BRANDS, INC., *et al.*, <br><br> Counterclaimants, <br><br> v. <br><br> ELEMENTS SPIRITS, INC., *et al.*, <br><br> Counterdefendants. | Case No: 2:15-cv-02692-DDP-AGR <br><br> **ORDER GRANTING DISCLOSURE OF CERTAIN SEALED TRANSCRIPTS TO COUNSEL OF RECORD FOR PLAINTIFFS** <br><br> Judge: Hon. Dean D. Pregerson |

Cravath, Swaine & Moore LLP, counsel of record for Plaintiffs Elements Spirits, Inc., Fabrica de Tequilas Finos S.A. de C.V., and Worldwide Beverage Imports, LLC in the above-captioned action, having requested, per the Court's instruction, copies of the sealed transcripts of the November 2, 2016, and July 31, 2017, proceedings before this Court (ECF Nos. 122 , 129); and

This Court, having considered the fact that counsel of record for Plaintiffs attended and participated in the confidential proceedings held on November 2, 2016, and July 31, 2017, it is hereby

[PROPOSED] ORDER GRANTING DISCLOSURE OF CERTAIN
SEALED TRANSCRIPTS TO COUNSEL OF RECORD FOR PLAINTIFFS
2:15-CV-02692-DDP-AGR

1  ORDERED that copies of the transcripts from the proceedings
2  held before this Court in the above-captioned action be disclosed to counsel
3  of record for Plaintiffs at Cravath, Swaine & Moore LLP.

5  August 18, 2017

_____
Hon. Dean D. Pregerson
United States District Judge

[PROPOSED] GRANTING DISCLOSURE OF CERTAIN SEALED
TRANSCRIPTS TO COUNSEL OF RECORD FOR PLAINTIFFS
2:15-CV-02692-DDP-AGR

2